479 A.2d 1134

Commonwealth v. Nystrand, Sr., Appellant.

Submitted April 2, 1984. Joseph F. Sklarosky, First Assistant Public Defender, for appellant; Brendan J. Vanston, District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment affirmed.